IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**CHRISTOPHER S. LEDBETTER**                                                                       **PLAINTIFF**
Reg. #02215-509

v.                              Case No: 2:25-cv-00027-JM-PSH

**USA**                                                                                                                    **DEFENDANT**

## ORDER

Plaintiff Christopher S. Ledbetter's motion to voluntarily dismiss this case (Doc. No. 17) is granted. Ledbetter's Amended Petition for Writ of Mandamus (Doc. No. 12) is dismissed without prejudice.

It is so ordered this 5th day of June, 2025.

_____
UNITED STATES DISTRICT JUDGE