IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**CHRISTOPHER S. LEDBETTER**                                                              **PLAINTIFF**
Reg. #02215-509

v.                            Case No: 2:25-cv-00027-JM

USA                                                                                       **DEFENDANT**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 5th day of June, 2025.

_____
UNITED STATES DISTRICT JUDGE